**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY ENVIRONMENTAL FEDERATION,<br><br>             Plaintiff,<br>    v.<br><br>MONROE TOWNSHIP,<br><br>             Defendant | Civil Action No. 05-143 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons stated in the opinion filed herewith,

It is on this 31st day of July, 2008,

**ORDERED** that NJEF's motion for partial summary judgment (D.E. 26) is **granted;** Monroe's cross motion for summary judgment (D.E. 29) is **denied**; and it is further

**ORDERED** that sections 3, 4, 5, 6, 7, and 11A of Chapter 77 of the Monroe Township Code are declared unconstitutional and Monroe Township is permanently enjoined from enforcing these provisions; and it is further

**ORDERED** that the parties shall meet with Magistrate Judge Shwartz for a settlement conference on the issue of damages and attorneys fees.

                                     /s/ Katharine S. Hayden_____
                                     KATHARINE S. HAYDEN
                                     UNITED STATES DISTRICT JUDGE